U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2007 OCT -2 AM 8:32

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

RICKY WILKINSON,

Petitioner,

v.            No. 1:06-CV-234

ROB HOFFMAN, Commissioner, Vermont
Department of Corrections,

Respondent.

## NOTICE OF APPEARANCE

Now comes William A. Nelson and hereby enters an appearance for Ricky Wilkinson as co-counsel of record in the above-entitled case.

Dated at Montpelier in the County of Washington and State of Vermont this first day of October, 2007.

/s/ Rebecca Turner for
William A. Nelson
52 High Street
Middlebury, Vermont 05753
(802) 388-6781